UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GS HOLISTIC, | No. 2:22-cv-02036 AC |
| Plaintiff, | |
| v. | ORDER |
| ROSEVILLE SMOKE n VAPE; BALGIT SINGH, | |
| Defendants. | |

Plaintiff has filed a motion for default judgment. ECF No. 10. While plaintiff's counsel certified that he used "CM/ECF to serve [the motion] on all counsel of record," ECF No. 10 at 11, defendants have not appeared and therefore have no counsel of record with respect to this action. Accordingly, the court cannot conclude that defendants are on notice of the motion.

Plaintiff is therefore ORDERED to serve a copy of the motion for default judgment and a copy of this order on defendants by certified mail at their last known address within 10 days of this order. Upon filing an affidavit that such service has been completed, the court will allow 30 days for the defendants to appear and oppose the motion.

IT IS SO ORDERED.

DATED: May 9, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE