UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GS HOLISTIC, LLC, | No. 2:22-cv-2036-DJC-AC |
| Plaintiff, | |
| v. | ORDER |
| ROSEVILLE SMOKE N VAPE INC d/b/a ROSEVILLE SMOKE N VAPE and BALJIT SINGH, | |
| Defendants. | |

The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(19).

On June 15, 2023, the Magistrate Judge filed findings and recommendations, which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within 21 days. (ECF No. 14.) Plaintiff has not filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 15, 2023 (ECF No. 14) are adopted in full;

2. Plaintiff's March 10, 2023 Motion for Default Judgment (ECF No. 10) is granted;

3. The Court awards Plaintiff $75,000 in statutory damages for Defendants' violation of the Lanham Act;

4. The Court grants Plaintiff's request for costs in the amount of $921.24; and

5. This case is closed.

IT IS SO ORDERED.

Dated:   **September 25, 2023**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

Gsho2036.800